# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Daniel Eugene Brown,
Kendra Sue Brown
        Debtors

Bankruptcy No. 10-43280
Chapter 7 Case

_____

## NOTICE OF MOTION AND MOTION TO
## APPROVE BREAK UP FEE IN PROPOSED SALE OF ASSETS
_____

To:  All parties in interest as listed in Local Rule 9013-3

The trustee of the bankruptcy estate of the above-named Debtor, requests approval of its proposed sale of certain real property interests. In support of its request, the trustee states as follows:

### NOTICE OF HEARING

1. The court will hold a hearing on this motion at 1:00 pm on December 2, 2010, in Courtroom 7 West, of the United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

2. Any objection or response to this Motion must be filed and served by delivery not later than November 27, 2010, which is five (5) days before the date and time set for the hearing (including Saturdays, Sundays and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

### MOTION

3. On April 30, 2010, Debtor commenced its reorganization by filing a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code").

4. This court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334,

Federal Rule of Bankruptcy Procedure 5005 and Local Rule 1070-1.  This Motion arises under 11 U.S.C. §363 and Bankruptcy Rules 6004 and 9019.  This Motion is filed under Bankruptcy Rule 9014 and Local Rules 9001 et seq.  This proceeding is a core proceeding.

5. Debtor owns a one-third life estate remainder interest (the "Remainder Interest") in certain real property (the "Property").

6. The trustee has received a proposed purchase offer for the Remainder Interest from JM Partners, LLC, P.O. Box 29940, Richmond, VA 23242-0940 ("JM Partners").  The purchase offer is contingent on JM Partners receiving a break up fee of 10% of the offer price should an alternative offer be accepted by the trustee and approved by the court.

7. The trustee believes that approval of the break up fee is in the best interests of the estate and should be approved.   By authorizing the break up fee, the estate ensures that it will receive an adequate bid and may encourage higher bids.  Any competing bidder will be required to bid a minimum of 10% higher than the original bid in order to compensate the estate for the break up fee.

**WHEREFORE,** Debtor moves the court for an order:

A. Authorizing the trustee to grant JM Partners a break up fee based on 10% of the JM Partners offer should an alternative offer be accepted by the trustee and approved by the court;

B. Granting such other and further relief as the Court may deem just and proper.

Dated:  November 4, 2010          /e/ Erik A. Ahlgren_____
                                                    Erik A. Ahlgren, attorney # 191814
                                                    Ahlgren Law Office
                                                    220 West Washington Av., Suite 105
                                                    Fergus Falls, MN 56537
                                                    218-998-2775

                                                    Attorney for Trustee

## Verification

I, Erik Ahlgren, the moving party in the foregoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: 11/04/10

                                                                          _/e/ Erik A. Ahlgren_____
                                                                          Erik Ahlgren, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Daniel Eugene Brown                                                          Case No.: 10-43280
Kendra Sue Brown                                                             Chapter 7

        Debtors

**UNSWORN CERTIFICATE OF SERVICE**

    I, Lisa Tuel-Ahlgren, declare under penalty of perjury that on November 4, 2010, the following parties were served electronically via CM/ECF

    Steven Heller, steve@hellerlawfirm.com
    Office of the United States Trustee, ustpregion12.mn.ecf@usdoj.gov
    Bac Home Loans Servicing, LP
    HSBC Bank Nevada
    Hiway Federal Credit Union

And by U.S. Mail to:

| Daniel and Kendra Brown | JM Partners, LLC | Katherine J. Brown |
|---|---|---|
| 536 20th Ave N. | PO Box 29940 | 248 Cannon View Dr. |
| Sartell MN 56377 | Richmond VA 23242 | Red Wing MN 55066 |
| | | |
| David S. Brown | Steven P. Brown | |
| 2225 Bush St. | 248 Cannon View Dr. | |
| Red Wing, MN 55066 | Red Wing, MN 55066 | |

Executed on: November 4, 2010        Signed:  /e/ Lisa Ahlgren
                                                        Lisa Ahlgren
                                                         220 W. Washington Ave, Ste 105
                                                         Fergus Falls MN 56537

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Daniel Eugene Brown,
Kendra Sue Brown
        Debtors

Bankruptcy No. 10-43280
Chapter 7 Case

_____

**ORDER APPROVING BREAK UP FEE IN PROPOSED SALE OF ASSETS**
_____

This matter came before the Court upon motion by the trustee in the above referenced case, seeking approval of a break-up fee in connection with a proposed sale of assets. Appearances were noted for the record at the time of the hearing. Based on the file, record and submissions:

**IT IS ORDERED:**

    The trustee is authorized to grant a break up fee based on 10% of the initial offer price should an alternative offer be accepted by the trustee and approved by the court.

Dated:

_____
United States Bankruptcy Judge